**Order filed July 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00574-CV
_____

**WESTVIEW DRIVE INVESTMENTS, LLC AND JACK YETIV, Appellants**

**V.**

**LANDMARK AMERICAN INSURANCE CO., KING-PHILLIPS INSURANCE AGENCY, INC. AKA INSURTRUST INSURANCE, AND GREGORY MCGEHEE, Appellees**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-47829

## ORDER

The clerk's record was filed August 27, 2015. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **July 24, 2016**, containing the **show cause order signed April 21, 2015**.

If the requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM